FILED
CLERK, U.S. DISTRICT COURT

MAY 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON, | ) Case No. EDCV 08-0699-ABC(RC) |
| Petitioner, | ) |
| vs. | ) |
| T. FELKER, WARDEN H.D.S.P., | ) JUDGMENT |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: May 28, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-0699.jud
5/23/08